**Motion Granted; Appeal Dismissed and Memorandum Opinion filed February 28, 2023.**



In The

# Fourteenth Court of Appeals

### NO. 14-22-00661-CR

## MOSHAE LAVETTE PETTWAY, Appellant

## V.

## THE STATE OF TEXAS, Appellee

**On Appeal from the 240th District Court
Fort Bend County, Texas
Trial Court Cause No. 14-DCR-066477**

### MEMORANDUM OPINION

Appellant Moshae Lavette Pettway has signed and filed a written request to withdraw appellant's notice of appeal. *See* Tex. R. App. P. 42.2. Because this court has not delivered an opinion, we grant appellant's request.

We dismiss the appeal. We direct the clerk of the court to issue the mandate of the court immediately. *See* Tex. R. App. P. 2.

PER CURIAM

Panel consists of Justices Wise, Zimmerer, and Wilson.
Do Not Publish – Tex. R. App. P. 47.2(b)